1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7                 EASTERN DISTRICT OF CALIFORNIA
8

DANIEL BUSTOS,                        )   Case No.: 1:12-cv-00725-SKO
9                                      )
                                       )   **ORDER GRANTING APPLICATION TO**
10              Plaintiff,             )   **PROCEED IN FORMA PAUPERIS**
                                       )
11       v.                            )
                                       )   (Doc. 4)
12   MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
13                                     )
                                       )
14              Defendant.             )
                                       )
15   _____)
16

17        Plaintiff Daniel Bustos filed a complaint on May 2, 2012, along with an application to

18   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19   entitlement to proceed without prepayment of fees.

20        Accordingly, IT IS HEREBY ORDERED THAT:

21        1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22        2.     The Clerk of Court is DIRECTED to issue a summons; and

23        3.     The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24               and this order upon the defendant as directed by the plaintiff.

25

26   IT IS SO ORDERED.

27   **Dated:    May 4, 2012**                    _____/s/ Sheila K. Oberto_____
                                                  UNITED STATES MAGISTRATE JUDGE
28