1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M .KIM
   Regional Chief counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, CA 94105
6  Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
7  E-mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9

10                  UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13  DANIEL BUSTOS,                    )   No.  2:13-cv-00229-MCE-DAD
                                      )
13              Plaintiff,            )   STIPULATION FOR EXTENSION
                                      )   AND ORDER
14        v.                          )
                                      )
15  CAROLYN W. COLVIN,[1]             )
16  Acting Commissioner of Social Security,)
                                      )
17              Defendant.            )
                                      )

18

19      The parties, through their respective counsel, stipulate that the time for Defendant to

20  respond to Plaintiff's motion for summary judgment be extended from January 23, 2013 to

21  March 22, 2013.  Defendant's counsel inadvertently failed to calendar the due date for filing a

22  response to Plaintiff's motion.  A response should have been filed on January 23, 2013.

23  Defendant now needs an extension to complete his review of the defensibility of the ALJ's

24  decision, to draft, and file a response.  Defendant's counsel apologizes for the delay and any

25  inconvenience.[1]  Counsel did not intend to delay this case.

26      _____

27      [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14,
    2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
28  be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be
    taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security

1    All other dates in the Court's Scheduling Order are extended accordingly.

2    This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

4                                      Respectfully submitted,

6    Dated: February 19, 2013          *Sengthiene Bosavanh*
                                       (Authorized via telephone)
7                                      SENGTHIENE BOSAVANH
                                       Attorney for Plaintiff
8

9
     Dated: February 19, 2013          BENJAMIN B. WAGNER
10                                     United States Attorney

11

12                                     *Theophous H. Reagans*
                                       THEOPHOUS H. REAGANS
13                                     Special Assistant U.S. Attorney

14                                     Attorneys for Defendant

15

16           **IT IS SO ORDERED.**

17   DATED: February 20, 2013.

18

19

20                                     DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE
21

22   Ddad1\orders.soc sec\bustos0229.stip.eot.wpd

23

24

25

26

27   _____

28   Act, 42 U.S.C. § 405(g).