1   BENJAMIN B. WAGNER
    United States Attorney
2   GRACE M .KIM
    Regional Chief counsel, Region IX
3   Social Security Administration
    THEOPHOUS H. REAGANS, CSBN 189450
4
    Special Assistant United States Attorney
5   160 Spear Street, Suite 800
    San Francisco, CA 94105
6   Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
7   E-mail: Theophous.Reagans@ssa.gov

8   Attorneys for Defendant

9

                    UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11
                      SACRAMENTO DIVISION
12

13  DANIEL BUSTOS,                    )   No.  2:13-cv-00229-MCE-DAD
                                      )
14          Plaintiff,                )   STIPULATION FOR EXTENSION
                                      )   AND ORDER
15     v.                             )
                                      )
16  CAROLYN W. COLVIN,[1]             )
    Acting Commissioner of Social Security,)
17                                    )
            Defendant.                )
18  _____  )

19          The parties, through their respective counsel, stipulate that the time for Defendant to

20  respond to Plaintiff's motion for summary judgment be extended from January 23, 2013 to

21  March 22, 2013.  Defendant's counsel inadvertently failed to calendar the due date for filing a

22  response to Plaintiff's motion.  A response should have been filed on January 23, 2013.

23  Defendant now needs an extension to complete his review of the defensibility of the ALJ's

24  decision, to draft, and file a response.  Defendant's counsel apologizes for the delay and any

25  inconvenience.[1]  Counsel did not intend to delay this case.

26          [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14,
27  2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
    be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be
28  taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security

All other dates in the Court's Scheduling Order are extended accordingly.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

Respectfully submitted,

Dated: February 19, 2013

_Sengthiene Bosavanh_
(Authorized via telephone)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: February 19, 2013

BENJAMIN B. WAGNER
United States Attorney

_Theophous H. Reagans_
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED.**

DATED: February 20, 2013.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\bustos0229.stip.eot.wpd

Act, 42 U.S.C. § 405(g).