BENJAMIN B. WAGNER
United States Attorney
GRACE M .KIM
Regional Chief counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450

Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8938
Facsimile: (415) 744-0134
E-mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| DANIEL BUSTOS, | ) | No.  2:13-cv-00229-MCE-DAD |
| Plaintiff, | ) ) | STIPULATION FOR EXTENSION AND ORDER |
| v. | ) ) | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from March 22, 2013 to April 1, 2013.  A response is currently due to be filed on March 22, 2013.  Defendant now needs an extension to complete his review of the defensibility of the ALJ's decision and to file a response to Plaintiff's motion for summary judgment.  Defendant's counsel apologizes for the delay and any inconvenience.[1]  Counsel did not intend to delay this case.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security

All other dates in the Court's Scheduling Order are extended accordingly.

This is Defendant's second request for an extension of time to respond to Plaintiff's motion.

Respectfully submitted,

Dated: March 18, 2013

*Sengthiene Bosavanh*
(Authorized via telephone)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: March 18, 2013

BENJAMIN B. WAGNER
United States Attorney


*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED.**

DATED: March 19, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad6\orders.soc sec\bustos0229.stip.eot2.wpd

---

Act, 42 U.S.C. § 405(g).