UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BUSTOS,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

No. 2:13-cv-0229 TLN DAD

ORDER

This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15.)

On August 22, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 22, 2013 (Doc No. 37) are adopted in full;

2. Plaintiff's motion for summary judgment (Doc. No. 22) is granted;

3. Defendant's cross-motion for summary judgment (Doc. No. 34) is denied;

4. The Commissioner's decision is reversed; and

5. This matter is remanded for further proceedings consistent with these findings and recommendations.

Dated: September 25, 2013

_____
Troy L. Nunley
United States District Judge

/bustos0229.jo