BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUSTOS,<br><br>       Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>       Defendant | No.:  2:13-cv-00229-TLN-DAD<br><br>STIPULATION FOR EXTENSION<br>AND ORDER |

     The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Attorney's Fees be extended to February 24, 2014.  Defendant's counsel needs additional time to complete his review of Plaintiff's request and to discuss the possibility of settlement.  This is Defendant's first request for extension of time to respond to Plaintiff's Motion for Attorney's Fees.  All other dates in the Court's Scheduling Order are extended accordingly.

1

1

2  Date: January 16, 2014                          *Sengthiene Bosavanh*

3                                                  (Authorized via telephone)
                                                   SENGTHIENE BOSAVANH
4                                                  Attorney for Plaintiff

5
   Dated: January 16, 2014                         BENJAMIN B. WAGNER
6                                                  United States Attorney

7
                                                   Theophous H. Reagans
8                                                  THEOPHOUS H. REAGANS
9                                                  Special Assistant U.S. Attorney
                                                   Attorneys for Defendant
10

11

12                           **<u>ORDER</u>**

13          Pursuant to the parties' stipulation, IT IS SO ORDERED.

14  Dated:  February 4, 2014

15

16                          _____
                            DALE A. DROZD
17                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25  Ddad1\orders.soc sec\bustos0229.stip.eot.doc

26

2