BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BUSTOS, | No.: 2:13-cv-00229 TLN DAD |
| Plaintiff, | STIPULATION AND ORDER FOR ATTORNEY'S FEES |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of

EAJA fees and expenses and costs to Plaintiff's attorney, if applicable.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees, expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: February 24, 2014

*/s/Sengthiene Bosavanh*
SENGTHIENE BOSAVANH,

Attorney for Plaintiff
[as authorized by telephone]

2

1
2  Dated: February 24, 2014                    BENJAMIN B. WAGNER
3                                              United States Attorney
                                               DONNA L. CALVERT
4                                              Acting Regional Chief Counsel,
                                               Region IX
5                                              Social Security Administration
6
7                                       By:   */s/ Theophous H. Reagans*
                                               THEOPHOUS H. REAGANS
8                                              Special Assistant U.S. Attorney
9                                              Attorneys for Defendant
10
11                              **ORDER**
12       Pursuant to the parties' stipulation, IT IS SO ORDERED.
13  Dated:  February 25, 2014
14
15       _____
         DALE A. DROZD
16       UNITED STATES MAGISTRATE JUDGE
17
18
19  Ddad1\orders.soc sec\bustos0229.stip.eaja.ord.doc
20
21
22
23
24
25
26

3